Lenir **RICHARDSON**, Plaintiff—Appellant,

v.

Ferdinande **KANA**; Equity Housing; Griffin, Officer; T. Mucci, Officer; James H. Dunning, Defendants—Appellees.

No. 05–1211.

United States Court of Appeals, Fourth Circuit.

Submitted May 19, 2005.

Decided May 24, 2005.

Lenir Richardson, Appellant pro se.

Before LUTTIG, MOTZ, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Lenir Richardson appeals a district court order summarily dismissing her complaint for failing to state a claim. We have reviewed the record and the district court order and affirm for the reasons stated by the district court. *See Richardson v. Kana*, No. CA–05–59–1 (E.D.Va. Feb. 4, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-

fore the court and argument would not aid the decisional process.

*AFFIRMED*